1 | MELINDA HAAG (CABN 132612)
United States Attorney

2

3 | MIRANDA KANE (CABN 150630)
Chief, Criminal Division

4 | ACADIA L. SENESE (CABN 251287)
Special Assistant United States Attorney
5 | 450 Golden Gate Ave., Box 36055
San Francisco, California 94102
6 | Telephone: (415) 436-7200
Fax: (415) 436-7234
7 | E-Mail: acadia.senese@usdoj.gov

8 | Attorneys for Plaintiff

FILED
APR 11 2011
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No. 09-00435 JL |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | NOTICE OF DISMISSAL |
| HENRY LOPEZ, | ) | |
| Defendant. | ) | SAN FRANCISCO |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above information without prejudice and moves that the Court quash the arrest warrant issued in connection with the information in this case.

DATED: April 7, 2011

Respectfully submitted,

MELINDA HAAG
United States Attorney

/s/

ACADIA L. SENESE
Special Assistant United States Attorney

NOTICE OF DISMISSAL 09-00435 JL

Chambers Copy – Do Not E-File

1  Leave is granted to the government to dismiss the indictment. It is further ordered that the
2  arrest warrant issued in connection with the indictment is quashed.
3
4  Date: 4-11-11
   
   Honorable James Larson
5  United States Magistrate Judge

2